IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 24-cv-612 |
| MICHAEL DICIURCIO, | ) |
| Defendant. | ) |

**Notice of Filing of Video Exhibits**

Defendant, United States of America, by its undersigned counsel, hereby gives notice that it will provide the Court with a "thumb drive" containing the videos identified below. The videos are produced in support of the United States' Motion for Preliminary Injunction and the video files are labeled as follows:

1. a_Dec 29,2019 Sunday-Morning-in-Philly-p3.mp4 (Verified Cmplt. ¶ 9(a))

2. b_Jan 14,2020 Just-Another-_SHMHOOGY_-Day-here-in-Philadelphia-with-the-Mavic-2-Pro.mp4 (Verified Cmplt. ¶ 9(b))

3. c_Jan 18,2020 Philadelphia-s-First-Snow-Fall-Captured-with-the-Mavic2pro.mp4 (Verified Cmplt. ¶ 9(c))

4. d_Jan 26,2020 Sunday-morning-SunRise-Crew.mp4 (Verified Cmplt. ¶ 9(d))

5. e_Jan 28,2020 Philadelphia-and-William-Penn.mp4 (Verified Cmplt. ¶ 9(e))

6. f_Feb 2,2020 Going to the Philadelphia River for Nancy 02-02-20.mp4 (Verified Cmplt. ¶ 9(f))

7. f_Feb 2,2020 Philadelphia celebrates Part 1.mp4 (Verified Cmplt. ¶ 9(f))

8. f_Feb 2,2020 Philadelphia celebrates Part 2.mp4 (Verified Cmplt. ¶ 9(f))

9. g_Feb 4,2020 Its Raining in Philly Lets Fly.mp4 (Verified Cmplt. ¶ 9(g))

10. h_Feb 5,2020 Lets Fly for Julias Channel.mp4 (Verified Cmplt. ¶ 9(h))

11. i_Feb 19,2020 Problems with the Mavic Mini Range Test 'GONE BAD'--Mavic Mini Worst WiFi Area Possible, Philly!.mp4 (Verified Cmplt. ¶ 9(i))

12. i_Feb 19,2020 Recovery Mission My Mavic Mini p 3.mp4 (Verified Cmplt. ¶ 9(i))

13. i_Feb 19,2020 Recovery Mission of My Mavic mini p2.mp4 (Verified Cmplt. ¶ 9(i))

14. j_Feb 25,2020 How to Fly Safe and legal in Philadelphia.mp4 (Verified Cmplt. ¶ 9(j))

15. k_Mar 20,2020 SHMHOOGY Flight in Philadelphia p2.mp4 (Verified Cmplt. ¶ 9(k))

16. l_Mar 25,2020 SHMHOOGY with a Chance of SHOWERS PhillyNeiborhood flight in South Philly with the Mavic 2 Zoom.mp4 (Verified Cmplt. ¶ 9(l))

17. n_Apr 7,2020 Good Morning Philadelphia 40720 (funny things happen at the end).mp4 (Verified Cmplt. ¶ 9(n))

18. o_May 19,2020 Will the Mavic2Pro Fly In 56MPH Winds LIVE.mp4 (Verified Cmplt. ¶ 9(o))

19. p_May 23,2020 Memorial Day Sunset In Philly WOWZERS.mp4 (Verified Cmplt. ¶ 9(p))

20. q_May 25,2020 Happy Memorial Day from Philly Now Let's Freaking Fly.mp4 (Verified Cmplt. ¶ 9(q))

21. r_May 25,2020 Mavic Air 2 12,000Ft in the City of PhiladelphiaMavic Air 2 in The Worse Interference known to Man.mp4 (Verified Cmplt. ¶ 9(r))

22. s_May 26,2020 Night Flight In Philly Live(Shooting Start at 1150 mark).mp4 (Verified Cmplt. ¶ 9(s))

23. t_Jun 2,2020 Flying for Stick Practice on The Mavic 2 Zoom.mp4 (Verified Cmplt. ¶ 9(t))

24. u_Jun 23,2020 It's Building Time for the Mavic 2 ProDam, I missed you Willy Penn.mp4 (Verified Cmplt. ¶ 9(u))

25. v_Jun 24,2020 Drone Amongst Giants in Philadelphia.mp4 (Verified Cmplt. ¶ 9(v))

26. w_Jul 4,2020 Fun at the Shore with the Mavic Mini  Funny Commentary from Philly.mp4 (Verified Cmplt. ¶ 9(w))

27. w_Jul 4,2020 Range Test in Philly Goes Wrong...P1 (Yikes, Must see).mp4 (Verified Cmplt. ¶ 9(w))

28. w_Jul 4,2020 Range Test in Philly Goes Wrong. P2(AMAZING View).mp4 (Verified Cmplt. ¶ 9(w))

29. x_Jul 15,2020 I Can't Sleep, So Let's Fly Philly.mp4 (Verified Cmplt. ¶ 9(x))

30. y_Jul 28,2020 Another Night in Philly Let's Fly.mp4 (Verified Cmplt. ¶ 9(y))

31. y_Jul 28,2020 Mavic Air 2 Crashes into Ghost Wire.mp4 (Verified Cmplt. ¶ 9(y))

32. z_Aug 4,2020 Mavic 2 Pro Night flight in Philly.mp4 (Verified Cmplt. ¶ 9(z))

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*/s/Viveca. D. Parker*
VIVECA D. PARKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8443
Fax: (215) 861-8618

Dated: February 13, 2024                 *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2024, I served a true and correct copy of the foregoing Notice of Filing of Video Exhibits by process server upon the following:

Michael DiCiurcio
1046 Emily Street
Philadelphia, PA 19148
*Pro se Defendant*

Dated: February 13th, 2024

/s/Viveca D. Parker
VIVECA D. PARKER
Assistant United States Attorney