IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 24-612** |
| **MICHAEL DICIURCIO,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 13th day of February, 2024, upon consideration of Plaintiff's Motion for Preliminary Injunction and Request for Hearing (Doc. No. 2), it is hereby **ORDERED** that:

1. Plaintiff shall immediately serve a copy of the Complaint (Doc. No. 1) and the Motion (Doc. 2) on Defendant at his last known address;

2. Defendant shall file a response to the Motion no later than **February 23, 2024**;

3. A hearing on the Motion for Preliminary Injunction will be held on **Thursday, February 29, 2024 at 10:00 a.m. Courtroom 17-A, U.S. Courthouse, 601 Market Street, Philadelphia, PA.**

BY THE COURT:


 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**