REC'D FEB 23 2024

February 23, 2024

United States District Court

Eastern District of Pennsylvania

601 Market Street

Philadelphia, PA 19106

Attention: Viveca D Parker

Re: Case 2:24-cv-00612-MSG

Subject: Response to Complaint/Motion

In response to the above referenced case, to the best of my understanding of the language used in the documents and with the limited time afforded to me to review the complaint (Document 1) and motion (Document 2), I deny the allegations made against me on the basis of multiple and many erroneous assumptions made by the investigators and I demand more information on each and every allegation in the complaint/motion.

If I had been provided with the allowable 21 days, I could have more completely reviewed this complaint/motion, possibly acquired a lawyer to represent me and been able to access the videos on the DVDs delivered to me (unknown password was required).

Respectfully,

Michael DiCiurcio

*[signature]*