IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | NO. 24-612 |
| **MICHAEL DICIURCIO,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this 29th day of February, 2024, upon consideration of Plaintiff's Motion for Preliminary Injunction (Doc. No. 2), and following a hearing, it is hereby **ORDERED** that the Motion is **GRANTED**[1] as follows:

1. Should Defendant wish to earn any monetary profit from his drone operation, he is prohibited from operating any drone until he passes the appropriate FAA-issued test and obtains a license.

2. Should Defendant wish to operate any drone as only a hobbyist, he must identify, review, and comply with the safety guidelines of a recognized community organization.

3. For all future drone operation, whether as a hobbyist or for profit, Defendant must comply with the following regulations:

    a. He must register any and all drones that he seeks to operate;

    b. He may not operate any drone more than 400 feet above the ground;

    c. He may not operate any drone in controlled airspace or in a manner that interferes with a manned aircraft;

---

[1] In granting this preliminary injunction, I find that the Government has established that (1) it is likely to prevail on the merits of the case; (2) it will suffer irreparable harm if preliminary injunctive relief were denied; (3) the harm Defendant will suffer from the issuance of an injunction does not outweigh the harm the Government (and the public) would suffer if an injunction were denied; and (4) the public interest weighs in favor of granting the injunction. Fed. R. Civ. P. 65; Holland v. Rosen, 895 F.3d 272, 285–86 (3d Cir. 2018).

    d.  He must maintain visual line of site all times, or, in the event that he uses goggles, must have an individual with him that operates as a spotter;

    e.  He may not operate any drone over moving traffic;

    f.  He may not operate the drone over any person or people unless the person/people are directly participating in the operation of the drone, or are located under a covered structure or inside a stationary vehicle;

    g.  He may not operate any drone at night.

4. A second hearing will be held on **Wednesday, April 24, 2024, at 10:00 a.m. in Courtroom 17A, United States Courthouse, 601 Market Street, Philadelphia PA**. At that time, Defendant may represent to the Court that he has fully complied with all of the foregoing and may request that the injunction be lifted.

                                         **BY THE COURT:**

                                         */s/ Mitchell S. Goldberg*
                                         **MITCHELL S. GOLDBERG, J.**