IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 24-cv-612 |
| MICHAEL DICIURCIO, | ) ) ) | |
| Defendant. | ) ) | |

**Notice of Filing of Exhibits**

Plaintiff, United States of America, by its undersigned counsel, hereby files the exhibits identified below, and attached hereto, which were entered into evidence on April 24, 2024.

1. Ex. G-1, April 8th, 2024 Flight Path Map;
2. Ex. G-2, April 8th, 2024 Flight Path Map Enlargement; and
3. Ex. G-3, Distance Map from 1046 Emily Street to South 25th Street.

                                                    Respectfully submitted,

                                                    JACQUELINE C. ROMERO
                                                    United States Attorney

                                                    */s/Viveca. D. Parker*
                                                    VIVECA D. PARKER
                                                    Assistant United States Attorney
                                                    615 Chestnut Street, Suite 1250
                                                    Philadelphia, PA 19106
                                                    Phone: (215) 861-8443
                                                    Fax: (215) 861-8618
Dated: April 24, 2024                        *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2024, I served a true and correct copy of the foregoing Notice, and exhibits attached thereto, by First Class Mail upon the following:

Michael DiCiurcio
1046 Emily Street
Philadelphia, PA 19148
*Pro se Defendant*

Dated: April 24, 2024

*/s/Viveca D. Parker*
VIVECA D. PARKER
Assistant United States Attorney