# Exhibit G-1

**Government's Exhibit 1**

