# Exhibit G-2

**Government's Exhibit 2**

