# Exhibit G-3



Government's Exhibit 3